UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTEL, INC.,

                Plaintiff,              18-cv-7896 (PKC)

    -against-                      ORDER

UENJOY LIMITED LIABILITY COMPANY,
WANG XIAOWEI, POWER IN CLOUD, INC.,
and COMPANY ABC NOS. 1-9 DOING
BUSINESS UNDER A NAME CONTAINING
THE WORD "UENJOY" INCLUDING
"UENJOY DIRECT,"

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J

        Based upon the default judgment and injunction (Doc 75) against the defaulting parties and the subsequent stipulation and order of all appearing parties (Doc 96), it appears that all proceedings contemplated herein have been concluded and the action is accordingly dismissed with prejudice and without costs to any party.

        SO ORDERED.

                                                    P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       March 28, 2022